IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Perry, Ruth | Case Number: 04 B 08124 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 3/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 18, 2008
Confirmed: July 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 37,310.00 | |
| Secured: | | 35,197.61 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 205.20 |
| Trustee Fee: | | 1,907.19 |
| Other Funds: | | 0.00 |
| Totals: | 37,310.00 | 37,310.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 205.20 | 205.20 |
| 2. | Bank Of America | Secured | 26,074.97 | 24,582.62 |
| 3. | American General Finance | Secured | 1,728.92 | 873.81 |
| 4. | Bank Of America | Secured | 18,166.27 | 9,741.18 |
| 5. | Portfolio Recovery Associates | Unsecured | 121.96 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 214.43 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 41.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 66.03 | 0.00 |
| 9. | American General Finance | Unsecured | 119.62 | 0.00 |
| 10. | CitiFinancial | Unsecured | | No Claim Filed |
| 11. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 12. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 13. | Providian Visa Card | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 46,738.40 | $ 35,402.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 148.41 |
| 6.5% | 381.99 |
| 3% | 84.00 |
| 5.5% | 396.01 |
| 5% | 99.28 |
| 4.8% | 231.08 |
| 5.4% | 566.42 |
| | $ 1,907.19 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perry, Ruth

Printed: 10/29/08

Case Number: 04 B 08124
Judge: Wedoff, Eugene R
Filed: 3/3/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

